UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBS SECURITIES LLC and UBS AG LONDON BRANCH,<br><br>               Plaintiffs,<br><br>    -against-<br><br>JAMES DONDERO, SCOTT ELLINGTON, HIGHLAND CDO HOLDING COMPANY, HIGHLAND CDO OPPORTUNITY MASTER FUND, L.P., HIGHLAND FINANCIAL PARTNERS, L.P., HIGHLAND SPECIAL OPPORTUNITIES HOLDING COMPANY, CLO HOLDCO, LTD., MAINSPRING, LTD., and MONTAGE HOLDINGS, LTD.,<br><br>               Defendants. | Case No.: _____ |

## DECLARATION

In support of Defendant James Dondero's Notice of Removal, I, Deborah Deitsch-Perez, declare under penalty of perjury that the following facts are true and correct:

The chart below lists the docket for the Supreme Court of the State of New York, County of New York, captioned *UBS Securities LLC et al v. James Dondero et al.*, Case No. 650744/2023 (N.Y. Sup. Ct. Feb. 8, 2023) ("State Court Case Docket"). Items designated with a Notice of Removal Exhibit number (Column 1) are true and correct copies of all documents available to download from the State Court Case Docket and annexed hereto as exhibits to Defendant James Dondero's Notice of Removal. Documents that do not have designated Notice of Removal Exhibit numbers in Column 1 are sealed and not available ("N/A") on the docket in the State Court proceeding.

1

| Notice of Removal Exhibit No. | State Court Dkt. No. | Description |
|---|---|---|
| 1 | 1 | 2023.02.08 Special Turnover Petition |
| 2 | 2 | Petition Exhibit A - Wire Fraud Chart (Redacted) |
| N/A | 3 | Petition Exhibit A - Wire Fraud Chart (Sealed) |
| 3 | 4 | Petition Exhibit B - Money Laundering Chart (Redacted) |
| N/A | 5 | Petition Exhibit B - Money Laundering Chart (Sealed) |
| 4 | 6 | Petition Exhibit C - Glossary of Terms |
| 5 | 7 | Petition Exhibit 1 - Decision and Order Denying Motion to Dismiss (Mar. 3, 2011) |
| 6 | 8 | Petition Exhibit 2 - Dudney Report (June 17, 2022) |
| 7 | 9 | Petition Exhibit 3 - Docket Excerpts, LLV Holdco LLC v. James Coyne, No. A-17-749387 (Jan. 8, 2023) |
| 8 | 10 | Petition Exhibit 4 - Bk. Dkt. No. 177 (Dec. 4, 2019) |
| 9 | 11 | Petition Exhibit 5 - Bk. Dkt. No. 281 (Dec. 27, 2019) |
| 10 | 12 | Petition Exhibit 6 - Bk. Dkt. No. 339 (Jan. 9, 2020) |
| 11 | 13 | Petition Exhibit 7 - Bk. Dkt. No. 380 (Jan. 22, 2020) |
| 12 | 14 | Petition Exhibit 8 - Bk. Claim No. 182 (May 26, 2020) |
| 13 | 15 | Petition Exhibit 9 - Bk. Claim No. 183 (May 26, 2020) |
| 14 | 16 | Petition Exhibit 10 - Bk. Dkt. No. 912 (Aug. 3, 2020) |
| 15 | 17 | Petition Exhibit 11 - Letter from A. Clubok (Sept. 19, 2020) (Phase I Decision and Order; Judgment) |
| 16 | 18 | Petition Exhibit 12 - Motion to Dismiss Hearing Transcript (Mar. 2, 2011) |
| 17 | 19 | Petition Exhibit 13 - Bk. Dkt. No. 1345-10 (Nov. 6, 2020) |
| 18 | 20 | Petition Exhibit 14 - Bk. Claim No. 216 (Mar. 3, 2021) |
| 19 | 21 | Petition Exhibit 15 - Bk. Claim No. 244 (Mar. 23, 2021) |
| 20 | 22 | Petition Exhibit 16 - Bk. Dkt. No. 2389 (May 27, 2021) |
| 21 | 23 | Petition Exhibit 17 - Bk. Dkt. No. 2423 (June 8, 2021) [Split into 5 parts, 21a-21e, to comply with ECF file size limits] |
| 22 | 24 | Petition Exhibit 18 - Bk. Dkt. No. 2660 (Aug. 4, 2021) |
| 23 | 25 | Petition Exhibit 19 - Bk. Dkt. No. 2856 (Sept. 21, 2021) (Redacted) |
| 24 | 26 | Petition Exhibit 20 - Bk. Dkt. No. 2940 (Oct. 19, 2021) (Redacted) |
| 25 | 27 | Petition Exhibit 21 - Bk. Dkt. No. 3191 (Jan. 24, 2022) |
| 26 | 28 | Petition Exhibit 22 - Bk. Dkt. No. 3317 (Mar. 24, 2022) (Redacted) |
| 27 | 29 | Petition Exhibit 23 - Phase II Decision and Order (July 29, 2022) |

| | | |
|---|---|---|
| 28 | 30 | Petition Exhibit 24 - Phase II Judgment, Decision and Order (Nov. 21, 2022) |
| 29 | 31 | Petition Exhibit 25 - Partial Satisfaction-Piece for Post Judgment Interest (Feb. 1, 2023) |
| 30 | 32 | Petition Exhibit 26 - Email from J. Blumer (Oct. 22, 2010) (Redacted) |
| 31 | 33 | Petition Exhibit 27 - Email from T. Surgent (Dec. 10, 2010) |
| 32 | 34 | Petition Exhibit 28 - Email from H. Kim (Dec. 14, 2010) |
| 33 | 35 | Petition Exhibit 29 - Email from A. Alvarez (Dec. 16, 2010) (Redacted) |
| 34 | 36 | Petition Exhibit 30 - Email from M. Khankin (Dec. 16, 2010) |
| 35 | 37 | Petition Exhibit 31 - Email from A. Alvarez (Dec. 20, 2010) |
| 36 | 38 | Petition Exhibit 32 - Email from M. Okolita (Dec. 21, 2010) |
| 37 | 39 | Petition Exhibit 33 - Email from A. Alvarez (Dec. 22, 2010) (Redacted) |
| 38 | 40 | Petition Exhibit 34 - Email from M. Khankin (Jan. 3, 2011) |
| 39 | 41 | Petition Exhibit 35 - Email from C. Chism (Jan. 5, 2011) (Redacted) |
| 40 | 42 | Petition Exhibit 36 - Email from L. Thedford (Mar. 1, 2017) |
| 41 | 43 | Petition Exhibit 37 - Email from S. Vitiello (Apr. 11, 2017) |
| 42 | 44 | Petition Exhibit 38 - Email from I. Leventon (Apr. 12, 2017) |
| 43 | 45 | Petition Exhibit 39 - Email from I. Leventon (Apr. 13, 2017) |
| 44 | 46 | Petition Exhibit 40 - Email from I. Leventon (Apr. 19, 2017) |
| 45 | 47 | Petition Exhibit 41 - Email from T. Adamczak (June 28, 2017) |
| 46 | 48 | Petition Exhibit 42 - Email from P. Kranz (Aug. 8, 2017) |
| 47 | 49 | Petition Exhibit 43 - Email from J. Sevilla (Aug. 10, 2017) |
| 48 | 50 | Petition Exhibit 44 - Email from K. Irving (Aug. 10, 2017) |
| 49 | 51 | Petition Exhibit 45 - Email from A. Devins (Mar. 22, 2018) |
| 50 | 52 | Petition Exhibit 46 - Email from D. Willmore (Aug. 11, 2017) (Redacted) |
| 51 | 53 | Petition Exhibit 47 - Email from T. Loiben (Aug. 14, 2017 16-57) |
| 52 | 54 | Petition Exhibit 48 - Email from T. Loiben (Aug. 14, 2017 17-07) |
| 53 | 55 | Petition Exhibit 49 - Email from K. Irving (Aug. 16, 2017) |
| 54 | 56 | Petition Exhibit 50 - Email from S. Goldsmith (Aug. 31, 2017) |
| 55 | 57 | Petition Exhibit 51 - Email from I. Leventon (Oct. 26, 2017) |
| 56 | 58 | Petition Exhibit 52 - Limited Liability Insurance Policy and Endorsements (June 2018) |
| 57 | 59 | Petition Exhibit 53 - Email from J. Sevilla (Nov. 20, 2017) |
| 58 | 60 | Petition Exhibit 54 - Email from L. Thompson (Apr. 6, 2018) |
| 59 | 61 | Petition Exhibit 55 - Email from J. Sevilla (June 6, 2018) |

3

| 60 | 62 | Petition Exhibit 56 - Email from T. Adamczak (June 27, 2018) |
|---|---|---|
| 61 | 63 | Petition Exhibit 57 - Email from L. Thompson (July 11, 2018) |
| 62 | 64 | Petition Exhibit 58 - Email from T. Adamczak (July 16, 2018) |
| 63 | 65 | Petition Exhibit 59 - Email from T. Adamczak (July 23, 2018) |
| 64 | 66 | Petition Exhibit 60 - Email from J. Venza (Sept. 5, 2018) |
| 65 | 67 | Petition Exhibit 61 - Email from R. Swadley (Sept. 12, 2018) |
| 66 | 68 | Petition Exhibit 62 - Email from J. Arbeit (Oct. 3, 2018) |
| 67 | 69 | Petition Exhibit 63 - Email from I. Leventon (Nov. 14, 2018) (Redacted) |
| 68 | 70 | Petition Exhibit 64 – Email from M. DiOrio (Jan. 31, 2019) |
| 69 | 71 | Petition Exhibit 65 - Email from C. Price (March 4, 2019) |
| 70 | 72 | Petition Exhibit 66 - Email from C. Price (Mar. 5, 2019) |
| 71 | 73 | Petition Exhibit 67 - Email from S. Dube (May 6, 2019) |
| 72 | 74 | Petition Exhibit 68 - Email from C. Price (June 20, 2019) |
| 73 | 75 | Petition Exhibit 69 - Email from K. Irving (Aug. 6, 2019) |
| 74 | 76 | Petition Exhibit 70 - Email from J. Sevilla (Sept. 13, 2019) |
| 75 | 77 | Petition Exhibit 71 - Email from H. Kim (Sept. 23, 2019) (Redacted) |
| 76 | 78 | Petition Exhibit 72 - Email from S. Ellington (Dec. 12, 2019) |
| 77 | 79 | Petition Exhibit 73 - Email from A. Devins (Dec. 17, 2019) (Redacted) |
| 78 | 80 | Petition Exhibit 74 - Email from M. DiOrio (Dec. 17, 2019) (Redacted) |
| 79 | 81 | Petition Exhibit 75 - Email from T. Adamczak (Dec. 20, 2019) (Redacted) |
| 80 | 82 | Petition Exhibit 76 - Email from CIBC Bank (Dec. 20, 2019) (Redacted) |
| 81 | 83 | Petition Exhibit 77 - Email from M. DiOrio (Jan. 2, 2020) (Redacted) |
| 82 | 84 | Petition Exhibit 78 - Email from CIBC Bank (Jan 6, 2020) (Redacted) |
| 83 | 85 | Petition Exhibit 79 - Email from A. Devins (June 1, 2020) |
| 84 | 86 | Petition Exhibit 80 - Email from A. Devins (Feb. 6, 2020) (Redacted) |
| 85 | 87 | Petition Exhibit 81 - Email from A. Damien (Mar. 16, 2020) (Redacted) |
| 86 | 88 | Petition Exhibit 82 - Email from M. DiOrio (Mar. 19, 2020) |
| 87 | 89 | Petition Exhibit 83 - Email from J. Neveril (Apr. 24, 2020) |
| 88 | 90 | Petition Exhibit 84 - Email from CIBC (Apr. 24, 2020 19-02) |
| 89 | 91 | Petition Exhibit 85 - Email from CIBC (Apr. 24, 2020 19-01) |
| 90 | 92 | Petition Exhibit 86 - Email from I. Leventon (Aug. 5, 2020) |
| 91 | 93 | Petition Exhibit 87 - Email from I. Leventon (Aug. 21, 2020) |
| 92 | 94 | Petition Exhibit 88 - Email from H. Kim (Sept. 11, 2020) |

| 93 | 95 | Petition Exhibit 89 - Email from G. Demo (Feb. 9, 2021) |
|----|-----|--------------------------------------------------------|
| 94 | 96 | Petition Exhibit 90 - Settlement Agreement (Mar. 30, 2021) |
| 95 | 97 | Petition Exhibit 91 - Email from G. Pereira (Apr. 27, 2021) |
| 96 | 98 | Petition Exhibit 92 - Cash Warehouse Agreement (Mar. 14, 2008) |
| 97 | 99 | Petition Exhibit 93 - Cash Warehouse Agreement (Mar. 14, 2008) |
| 98 | 100 | Petition Exhibit 94 - Highland Funds Asset Management Relationship (Feb. 18, 2011) |
| 99 | 101 | Petition Exhibit 95 - CIMA Statement of Guidance (Jan. 2014) |
| 100 | 102 | Petition Exhibit 96 - CDO Holding Balance Sheet |
| 101 | 103 | Petition Exhibit 97 - HFP 2010 Organizational Chart |
| 102 | 104 | Petition Exhibit 98 - Asset Purchase Agreement (Aug. 7, 2017) |
| 103 | 105 | Petition Exhibit 99 - Asset Transfer Agreement (Dec. 31, 2019) |
| 104 | 106 | Petition Exhibit 100 - HCM Affiliates Organizational Chart (July 2019) |
| 105 | 107 | Petition Exhibit 101 - CIBC Bank Statement (Apr. 30, 2020) (Redacted) |
| 106 | 108 | Petition Exhibit 102 - CIBC Bank Statement (Jan. 29, 2021) (Redacted) |
| 107 | 109 | Petition Exhibit 103 - Ellington Subpoena (Mar. 1, 2022) |
| 108 | 110 | Petition Exhibit 104 - CDO Opportunity Fund Organizational Chart |
| 109 | 111 | Petition Exhibit 105 - HCM Organizational Chart |
| 110 | 112 | Petition Exhibit 106 - Beecher Carlson 30(b)(6) Dep. (Apr. 12, 2022) |
| 111 | 113 | Petition Exhibit 107 - P. Braner Dep. (Dec. 6, 2011) |
| 112 | 114 | Petition Exhibit 108 - P. Braner Dep. (Dec. 7, 2011) |
| 113 | 115 | Petition Exhibit 110 - M. DiOrio Dep. (July 23, 2021) |
| N/A | 116 | Petition Exhibit 111 – (Sealed) |
| 114 | 117 | Petition Exhibit 112 - J. Dondero Dep. (June 11, 2012) |
| 115 | 118 | Petition Exhibit 113 - J. Dondero Dep. (May 10, 2021) |
| 116 | 119 | Petition Exhibit 114 - J. Dondero Dep. (May 12, 2021) |
| N/A | 120 | Petition Exhibit 115 -(Sealed) |
| 117 | 121 | Petition Exhibit 116 - S. Ellington Dep. (July 29, 2021) |
| N/A | 122 | Petition Exhibit 117 - (Sealed) |
| 118 | 123 | Petition Exhibit 118 - K. Irving Dep. (Nov. 15, 2021) |
| N/A | 124 | Petition Exhibit 119 - (Sealed) |
| 119 | 125 | Petition Exhibit 120 - I. Leventon Dep. (July 22, 2021) |

| | | |
|---|---|---|
| N/A | 126 | Petition Exhibit 121 - (Sealed) |
| 120 | 127 | Petition Exhibit 122 - S. Raver Dep. (May 6, 2021) |
| 121 | 128 | Petition Exhibit 123 - J. Ringheimer Dep. (Apr. 30, 2021) |
| 122 | 129 | Petition Exhibit 124 - J.P. Sevilla Dep. (July 21, 2021) |
| N/A | 130 | Petition Exhibit 125 - (Sealed) |
| 123 | 131 | Petition Exhibit 126 - C. Stoops Dep. (Apr. 27, 2021) |
| 124 | 132 | Petition Exhibit 127 - T. Travers Dep. (Apr. 3, 2012) |
| N/A | 133 | Petition Exhibit 128 - (Sealed) |
| 125 | 134 | Petition Exhibit 129 - Letter from Clay Taylor (Apr. 28, 2021) |
| 126 | 135 | Petition Exhibit 130 - Letter from J. Pomerantz (May 7, 2021) |
| 127 | 136 | 2023.02.08 Affidavit iso Special Turnover Petition - Jason Burt |
| 128 | 137 | 2023.02.08 Notice of Turnover Petition |
| 129 | 138 | 2023.02.08 Memorandum of Law in Support of Turnover Petition (Redacted) |
| N/A | 139 | 2023.02.08 Memorandum of Law in Support of Turnover Petition (Sealed) |
| 130 | 140 | Proposed Order to Show Cause |
| 131 | 141 | 2023.02.08 Affidavit iso Order to Show Cause - Jason Burt |
| N/A | 142 | Exhibit A to 2023.02.08 Affidavit iso Order to Show Cause - Jason Burt (Sealed) |
| N/A | 143 | Exhibit B to 2023.02.08 Affidavit iso Order to Show Cause - Jason Burt (Sealed) |
| N/A | 144 | Exhibit C to 2023.02.08 Affidavit iso Order to Show Cause - Jason Burt (Sealed) |
| N/A | 145 | Exhibit D to 2023.02.08 Affidavit iso Order to Show Cause - Jason Burt (Sealed) |
| N/A | 146 | Exhibit E to 2023.02.08 Affidavit iso Order to Show Cause - Jason Burt (Sealed) |
| N/A | 147 | Exhibit F to 2023.02.08 Affidavit iso Order to Show Cause - Jason Burt (Sealed) |
| N/A | 148 | Exhibit G to 2023.02.08 Affidavit iso Order to Show Cause - Jason Burt (Sealed) |
| N/A | 149 | Exhibit H to 2023.02.08 Affidavit iso Order to Show Cause - Jason Burt (Sealed) |
| N/A | 150 | Exhibit I to 2023.02.08 Affidavit iso Order to Show Cause - Jason Burt (Sealed) |
| N/A | 151 | Exhibit J to 2023.02.08 Affidavit iso Order to Show Cause - Jason Burt (Sealed) |
| N/A | 152 | Exhibit K to 2023.02.08 Affidavit iso Order to Show Cause - Jason Burt (Sealed) |
| 132 | 153 | 2023.02.08 Notice of Motion for Leave to File an Oversized Memorandum of Law |

| 133 | 154 | 2023.02.08 Affirmation in Support of Motion for Leave to File an Oversized Memorandum of Law - Clubok |
|---|---|---|
| 134 | 155 | 2023.02.08 Notice of Motion for Admission of Attorney Pro Hac Vice - Jason Burt |
| 135 | 156 | 2023.02.08 Affirmation of Andrew Clubok in Support of Motion for Admission of Attorney Pro Hac Vice |
| 136 | 157 | 2023.02.08 Affidavit of Jason R. Burt in Support of Motion for Admission of Attorney Pro Hac Vice |
| 137 | 158 | Exhibit A - Certificate of Good Standing |
| 138 | 159 | 2023.02.08 Proposed PHV Order |
| 139 | 160 | 2023.02.08 Request for Judicial Intervention |
| 140 | 161 | 2023.02.08 Request for Judicial Intervention Addendum |
| 141 | 162 | 2023.02.10 Latham Letter to Justice Silvera |
| 142 | 163 | Letter to The Honorable Adam Silvera Requesting Assignment to Commercial Division |
| 143 | 164 | 2023.02.21 Administrative Order |
| 144 | 165 | 2023.02.24 Order to Show Cause |
| 145 | 166 | 2023.02.24 Notice of Motion |
| 146 | 167 | 2023.02.24 Affirmation of Clubok |
| 147 | 168 | 2023.02.24 Affidavit of Kathryn George |
| 148 | 169 | 2023.02.24 Exhibit A Certificate of Good Standing |
| 149 | 170 | Proposed Order (PHV) |
| 150 | 171 | 2023.02.28 Affidavit of Service |
| 151 | 172 | 2023.02.28 Affidavit of Service |
| 152 | 173 | 2023.03.06 Proposed Ex Parte Order Extending Turnover Petition Return Date |
| 153 | 174 | 2023.03.06 Clubok Affirmation iso Proposed Ex Parte Order Extending Turnover Petition Return Date |
| 154 | 175 | 2023.03.07 Ex Parte Order Extending Turnover Petition Return Date |

Dated: New York, New York
        March 7, 2023

Respectfully submitted,

*/s/ Deborah Deitsch-Perez*
Deborah Deitsch-Perez
2200 Ross Avenue
Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2218
deborah.deitschperez@stinson.com

Kieran Corcoran
STINSON LLP
100 Wall Street
Suite 201
New York, New York 10005
Telephone: (646) 883-7480
kieran.corcoran@stinson.com

*Attorneys for Defendant James Dondero*

8