# NOTICE OF REMOVAL

# EXHIBIT 104

# EXHIBIT 100



*Held individually and/or through interests in related trusts.