UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBS SECURITIES LLC and UBS AG LONDON BRANCH,<br><br>                             Plaintiffs,<br><br>                         -v.-<br><br>JAMES DONDERO; SCOTT ELLINGTON; HIGHLAND CDO HOLDING COMPANY; HIGHLAND FINANCIAL PARTNERS, L.P.; HIGHLAND SPECIAL OPPORTUNITIES HOLDING COMPANY; CLO HOLDCO, LTD.; MAINSPRING, LTD.; and MONTAGE HOLDINGS, LTD.,<br><br>                             Defendants. | 23 Civ. 1965 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On March 7, 2023, this special turnover petition was removed to this Court. (Dkt. #1-4). Many documents included with the special turnover petition, and the petition itself, contain redactions. Accordingly, Plaintiffs or Defendant James Dondero, who removed this case to this Court, are **ORDERED** to file sealed and unredacted versions of the petition and exhibits by **March 27, 2023**. The Court will not weigh in on the parties' proposed schedule for responses to the turnover petition and replies until the Court has reviewed the unredacted filings.

SO ORDERED.

Dated:  March 23, 2023
            New York, New York

                                                                KATHERINE POLK FAILLA
                                                                United States District Judge